**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Orman G Smith, III<br><br>Debtor(s) | Case No. 14-07251 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2014.

2) The plan was confirmed on 07/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/05/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/27/2015.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-07251    Doc 39    Filed 12/14/15    Entered 12/14/15 16:11:14    Desc Main
              Document      Page 2 of 5


**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,410.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,410.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,225.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $84.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,310.00

Attorney fees paid and disclosed by debtor:    $439.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS, SC | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 864.76 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 4,185.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| ATG LLC | Unsecured | 28,876.80 | NA | NA | 0.00 | 0.00 |
| BLUE ISLAND HBP MEDICAL GROUP | Unsecured | 2,335.00 | 1,608.00 | 1,608.00 | 0.00 | 0.00 |
| Blue Island Hospital Company | Unsecured | 2,391.19 | NA | NA | 0.00 | 0.00 |
| CARRINGTON RADIOLOGY, SC | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 3,727.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 852.00 | 8,331.00 | 8,331.00 | 0.00 | 0.00 |
| Choicerecov | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 3,900.00 | NA | 24.97 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | NA | NA | 10,664.60 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 3,900.00 | 3,924.97 | 3,900.00 | 100.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 10,664.60 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 2,061.80 | 2,061.80 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 15,356.66 | NA | NA | 0.00 | 0.00 |
| City of Chicago Emergency Medical S | Unsecured | 951.00 | 832.00 | 832.00 | 0.00 | 0.00 |
| City of Chicago Emergency Medical S | Unsecured | 792.00 | 905.00 | 905.00 | 0.00 | 0.00 |
| City of Chicago Emergency Medical S | Unsecured | 683.00 | 951.00 | 951.00 | 0.00 | 0.00 |
| City of Chicago Emergency Medical S | Unsecured | 649.00 | 951.00 | 951.00 | 0.00 | 0.00 |
| City of Chicago Emergency Medical S | Unsecured | 265.00 | 832.00 | 832.00 | 0.00 | 0.00 |
| Cks Financial | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 724.41 | 1,137.26 | 1,137.26 | 0.00 | 0.00 |
| Commonwealth Financi | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| Comnwlth Fin | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 16,169.45 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| DECA FINANCIAL SERVICES, LLC | Unsecured | 639.90 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 1,968.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 291.39 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 234.00 | 234.11 | 234.11 | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 4,360.77 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| ECP Services | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| Emergency Med Specialist SC | Unsecured | 1,474.00 | NA | NA | 0.00 | 0.00 |
| EMP OF CHICAGO | Unsecured | 666.90 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Company | Unsecured | 2,198.73 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTD | Unsecured | 1,225.40 | 375.00 | 375.00 | 0.00 | 0.00 |
| Felt & Lukes, LLC | Unsecured | 2,475.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION FOR EMERGNECY SVC | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Goldman & Grant | Unsecured | 706.63 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone | Unsecured | 404.41 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 44.20 | 44.20 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 250.00 | 146.33 | 146.33 | 0.00 | 0.00 |
| Ingals Memorial Hospital | Unsecured | 3,236.10 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 529.70 | 529.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 2,691.89 | 2,691.89 | 0.00 | 0.00 |
| JOHN H. STROGER | Unsecured | 28,240.00 | NA | NA | 0.00 | 0.00 |
| JOHN H. STROGER | Unsecured | 15,895.45 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES FO JOEL CARDIS, LL | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson, | Unsecured | 214.09 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 359.92 | 359.92 | 0.00 | 0.00 |
| MCS Collections | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| medicine & surgery sc | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MERCY PHYSICIAN BILLING | Unsecured | 9,213.00 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Unsecured | 33,889.10 | 781.00 | 781.00 | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | NA | 13,438.60 | 13,438.60 | 0.00 | 0.00 |
| MIDDLETOWN EMERGENCY PHYS IN | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 798.00 | 798.00 | 798.00 | 0.00 | 0.00 |
| MORRAINE VALLEY COMM COLLEG | Unsecured | NA | 2,491.00 | 2,491.00 | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Pathology Assoc of Chicago | Unsecured | 826.00 | NA | NA | 0.00 | 0.00 |
| Pathology Conultants of Chicago | Unsecured | 21,396.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 3,154.00 | 6,881.01 | 6,881.01 | 0.00 | 0.00 |
| PHYSICIANS RESOURCE SOULUTION | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| ROBERT R. BLANCO MD FACC | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| ROSLEAND COMMUNITY HOSPITAL | Unsecured | 2,965.39 | NA | NA | 0.00 | 0.00 |
| RUSH PEDIATRIC | Unsecured | 908.50 | NA | NA | 0.00 | 0.00 |
| Rush University Emer Svcs Phy Grp | Unsecured | 9,944.36 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 253.00 | 2,827.92 | 2,827.92 | 0.00 | 0.00 |
| Southwest Cardio Consultants | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Southwest laboratory Physicians SC | Unsecured | 143.80 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 634.40 | 1,045.40 | 1,045.40 | 0.00 | 0.00 |
| St. Bernard Hospital | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| State Colls | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Medical C | Unsecured | 3,289.50 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 1,489.41 | 1,489.41 | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 572.25 | NA | NA | 0.00 | 0.00 |
| U.S. Cellular | Unsecured | 779.51 | NA | NA | 0.00 | 0.00 |
| UIC Pathology | Unsecured | 154.50 | NA | NA | 0.00 | 0.00 |
| unimed | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| Universal Radiology | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 572.25 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 1,399.55 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 11,968.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | NA | 10,631.16 | 11,131.16 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 78,500.00 | 88,848.13 | 99,479.29 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 23,254.00 | 23,911.47 | 23,911.47 | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 5,576.00 | 5,760.43 | 5,760.43 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $99,479.29 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,131.16 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,900.00 | $100.00 | $0.00 |
| **TOTAL SECURED:** | **$114,510.45** | **$100.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,838.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,838.22** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,265.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,310.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS :** | **$3,410.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2015         By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**